**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

KEAH TINGLER,                          :
                                       :     1:18-CV-1270
        Plaintiff,            :
                                       :     Hon. John E. Jones III
                                       :
    v.                            :
                                       :
COMMONWEALTH OF                        :
PENNSYLVANIA, PENNSYLVANIA             :
STATE SENATE, and JUSTIN               :
FERRANTE,                              :
                                       :
        Defendants,           :

---

SUZANNE SALOV,                         :
                                       :     1:18-CV-1814
        Plaintiff,            :
                                       :     Hon. John E. Jones III
                                       :
    v.                            :
                                       :
COMMONWEALTH OF                        :
PENNSYLVANIA, PENNSYLVANIA             :
STATE SENATE, and JUSTIN               :
FERRANTE,                              :
                                       :
        Defendants.           :

## <u>ORDER</u>

### February 27, 2019

The Court has received the Motions to Consolidate Cases and Coordinate

Deadlines filed by the Plaintiffs in the above-referenced actions.  (Doc. 35).

Although we are inclined to grant the aforementioned Motions, the attached certificates of concurrence/non-concurrence are unclear as to whether the various parties have agreed to such consolidation.  Thus, because we believe that consolidation for purposes of discovery and coordination of filing deadlines is appropriate, we shall grant said Motions to that extent unless an objection is filed by any party on or before Wednesday, March 6, 2019.


/s/ John E. Jones III
John E. Jones III
United States District Judge