IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEAH TINGLER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-CV-01270 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE and JUSTIN FERRANTE, | : | JUDGE JONES |
| | : | |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

| | | |
|---|---|---|
| SUZANNE SALOV, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-CV-01814 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE and JUSTIN FERRANTE, | : | JUDGE JONES |
| | : | |
| | : | ELECTRONICALLY FILED |
| Defendants. | : | |

**OBJECTION IN RESPONSE TO FEBRUARY 27, 2019
NOTICE OF PROPOSED CONSOLIDATION**

Defendant Justin Ferrante, by and through his undersigned counsel, objects to the February 27, 2019 Order in the above-captioned matters (Doc. 57 in No. 18-CV-1270 and Doc. 36 in No. 18-CV-1814) on the grounds that, contrary to the allegations in Plaintiffs' Motions To Consolidate Cases and Coordinate Deadlines (Doc. 56 in No. 18-CV-1270 and Doc. 35 in No. 18-CV-1814), he did not "sen[d] a picture of his genitals to the Plaintiffs" and these cases do not involve "identical claims" or allegations of "similar conduct," and, for these and other reasons, the cases are not properly consolidated for purposes of trial. Further, all evidentiary objections are reserved. Notwithstanding these objections, Mr. Ferrante has no opposition to consolidation of these matters under Fed. R. Civ. P. 42 for purposes of discovery and pre-trial deadlines only.

                                          Respectfully submitted,

                                          /s/ Donna A. Walsh
                                          Daniel T. Brier
                                          Donna A. Walsh
                                          Erik R. Anderson

                                          Attorneys for Defendant,
                                          Justine Ferrante

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Dated: March 6, 2019

# CERTIFICATE OF SERVICE

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing Objection in Response to February 27, 2019 Notice of Proposed Consolidation was served upon the following counsel of record via the Court's ECF system on this 6th day of March, 2019:

>Wayne A. Ely, Esquire
>Kolman Ely, P.C.
>414 Hulmeville Avenue
>Penndel, PA 19047
>
>Allison L. Deibert, Esquire
>Karen M. Romano, Esquire
>Office of Attorney General
>Strawberry Square, 15th Floor
>Harrisburg, PA 17120
>
>Adam L. Santucci, Esquire
>McNees Wallace & Nurick LLC
>100 Pine Street
>Harrisburg, PA 17101
>
>Micah T. Saul, Esquire
>McNees Wallace & Nurick LLC
>570 Lausch Lane, Suite 200
>Lancaster, PA 17601

/s/ Donna A. Walsh