# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEAH TINGLER, | : | |
| | : | 1:18-CV-1270 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, and JUSTIN FERRANTE, | : | |
| | : | |
| Defendants, | : | |

| | | |
|---|---|---|
| SUZANNE SALOV, | : | |
| | : | 1:18-CV-1814 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, and JUSTIN FERRANTE, | : | |
| | : | |
| Defendants. | : | |

# **ORDER**

## **March 8, 2019**

The Court has reviewed the Motions to Consolidate Cases and Coordinate Deadlines filed by the Plaintiffs in the above-referenced actions, (Doc. 56), as well

as the Objections filed by Defendant Pennsylvania State Senate, (Doc. 58), and Defendant Justin Ferrante, (Doc. 59). Because no party has objected to consolidating the above-captioned cases for purposes of discovery and coordination of filing deadlines, Plaintiffs' Motions to Consolidate Cases and Coordinate Deadlines, (Doc. 56), is **GRANTED** to that extent. The above-captioned cases are hereby **CONSOLIDATED** for purposes of discovery and all discovery deadlines in *Tingler v. Commonwealth of Pennsylvania et al.*, 1:18-CV-1270, are hereby **COORDINATED** with the discovery deadlines in *Salov v. Commonwealth of Pennsylvania et al.*, 1:18-CV-1814.

/s/ John E. Jones III
John E. Jones III
United States District Judge