**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEAH TINGLER, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 1:18-cv-1270-JEJ |
| | : | Hon. John E. Jones, III |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, AND JUSTIN FERRANTE | : | |
| | : | |
|     Defendants | : | JURY TRIAL DEMANDED |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SUZANNE SALOV, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 1:18-CV-01814-JEJ |
| | : | Hon. John E. Jones, III |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, AND JUSTIN FERRANTE, | : | |
|     Defendants | : | JURY TRIAL DEMANDED |

**JOINT STIPULATION FOR EXTENSION OF CASE**
**MANAGEMENT DEADLINES**

    The parties, by and through their respective undersigned counsel, have stipulated and agreed to a ninety (90) day extension of the fact

discovery deadline in the above-captioned matters in order to complete the exchange of discovery materials and depositions in this matter.

By an Order dated March 8, 2019 (Doc. 39), this Honorable Court ordered the consolidation of the above captioned cases for purpose of discovery and the coordination of discovery deadlines, and further ordered that the discovery deadlines set forth in the Court's December 28, 2018 Order (Doc. 25) in *Salov v. Commonwealth of Pennsylvania, et. al.*, 1:18-CV-1814 will be controlling for both cases.

The parties have exchanged and answered initial discovery requests. In addition, numerous electronic devices have been forensically analyzed, resulting in the discovery of tens of thousands of additional documents, are being reviewed and will be exchanged between the parties. Moreover, several depositions are expected to be necessary following the completion of the supplemental discovery exchanges.

In consideration of the foregoing, the parties agree that they will seek the Court's approval for the extension of the dates set forth in its May 21, 2019 Orders (1:18-cv-1270-JEJ, Doc. 63; 1:18-cv-01814-JEJ, Doc. 42), as follows:

1. The deadline for completion of all fact discovery shall be extended until **January 31, 2020**.

2. All potentially dispositive motions and supporting briefs shall be filed no later than **March 2, 2020**.

3. Plaintiff's expert reports shall be filed no later **than March 2, 2020**. Defendants' reports shall be filed no later than **April 2, 2020**. Supplemental reports shall be filed no later than **April 16, 2020**.

4. The scheduling of the submissions of motions in limine, the final pretrial conference, pretrial memoranda, proposed voir dire questions, jury selection, proposed jury instructions and trial in this matter will be done in accordance with the Court's standing trial schedule, but with an anticipated trial list of on or about July of 2020.

5. All other provisions of the December 28, 2018 Order shall remain in full force and effect.

Law Offices of Wayne A. Ely

By: _/s/ Wayne Ely_____
    Wayne A. Ely, Esq.
    I. D. No. 69670
    59 Andrea Drive
    Richboro, PA 18954
    wayne3236@gmail.com
    (215) 801-7979 (phone)

    *Attorney for Plaintiff*

McNees Wallace & Nurick LLC

By: _/s/ Adam Santucci_____
    Adam L. Santucci, Esq.
    I.D. No. 307058
    100 Pine Street
    P.O. Box 116
    Harrisburg, PA 17110-116
    (717) 237-5388 (phone)
    (717) 160-1655 (fax)
    asantucci@mcneeslaw.com

    *Attorneys for Defendant*
    *Senate of Pennsylvania*

| | |
|---|---|
| Office of Attorney General | Myers Brier & Kelly LLP |
| By:  /s/ Allison Deibert<br>     Allison Deibert, Esq.<br>     Deputy Attorney General<br>     I. D. No. 309224<br>     Strawberry Square, 15th Floor<br>     Harrisburg, PA 17120<br>     (717) 705-2532<br>     adeibert@attorneygeneral.gov<br><br>     *Attorney for Defendant*<br>     *Commonwealth of Pennsylvania* | By:  /s/ Daniel Brier<br>     Daniel T. Brier, Esq.<br>     I.D. No. 53248<br>     425 Spruce Street, Suite 200<br>     Scranton, PA 18503<br>     (570) 342-6147 (phone)<br>     (570) 342-6100 (fax)<br>     dbrier@mbklaw.com<br><br>     *Attorneys for Defendant*<br>     *Justin Ferrante* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing document was served through the ECF filing system of this Court, upon the following:

    Wayne A. Ely, Esquire
    Law Offices of Wayne A. Ely
    59 Andrea Drive
    Richboro, PA 18954

    Allison L. Deibert, Esquire
    Caleb Enerson, Esquire
    Karen M. Romano, Esquire
    Office of Attorney General
    Strawberry Square, 15th Floor
    Harrisburg, PA  17120

    Daniel T. Brier, Esquire
    Donna A. Walsh, Esquire
    Myers, Brier & Kelly, LLP
    425 Spruce Street, Suite 200
    Scranton, PA 18503

Date: September 30, 2019　　　　　___/s/ Adam Santucci_____
　　　　　　　　　　　　　　　　　　　　Adam L. Santucci