UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHEA TINGLER,**<br><br>*Plaintiff*,<br><br>v.<br><br>**COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE** and **JUSTIN FERRANTE**<br><br>*Defendants*. | CIVIL ACTION<br><br>NO. 1:18-cv-1270-JEJ |

## CERTIFICATE OF SERVICE

Movant hereby certifies that true and correct copies of the attached Motion were served as follows on the date indicated:

- To all counsel of record via the Court's Electronic Filing (ECF) system;

- To Plaintiff via regular mail at 5012 Constitution Avenue, Harrisburg, PA 17109.

WAYNE A. ELY, ESQUIRE

*S/* Wayne A. Ely
Wayne A. Ely, Esquire
59 Andrea Drive
Richboro, PA 18954

February 14, 2020