Honorable Judge Jones:

I would like to request a motion for an extension to seek counsel for the following cases:
# 18CV1270
# 19CV1552

I am requesting a 90 day extension due to the ongoing pandemic we are all experiencing at the present time.

P.S. ETAL

Sincerly
Leah Singler

FILED
HARRISBURG, PA
APR 20 2020
PER _____
DEPUTY CLERK

Keith Jingler
5012 Constitution Ave.
Harrisburg, PA
17109

HARRISBURG PA 171

16 APR 2020 PM 4 L

RECEIVED
HARRISBURG, PA
APR 20 2020
PER _____ DEPUTY CLERK

Judge John E. Jones III
United States District Court for
Middle District of Pennsylvania
228 Walnut St. Hbg. PA
17108

17108$2586