# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEAH TINGLER, | : |
| | :     1:18-CV-1270; |
| | :     1:19-CV-1552 |
| Plaintiff, | : |
| | :     Hon. John E. Jones III |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA STATE SENATE, and JUSTIN FERRANTE, | : |
| Defendants. | : |

## ORDER

## April 20, 2020

In consideration of Plaintiff Keah Tingler's *pro se* Motions for Extension of Time to Seek Counsel, (Doc. 73, 1:18-CV-1270; Doc. 23, 1:19-CV-1552), **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiff Keah Tingler's *pro se* Motions for Extension of Time to Seek Counsel, (Doc. 73, 1:18-CV-1270; Doc. 23, 1:19-CV-1552), are **GRANTED**.

2. Per the Court's February 19, 2020 Orders, (Doc. 71; 1:18-CV-1270; Doc. 22, 1:19-CV-1552), all operative dates related to the above-captioned cases have been **VACATED**.

3. The above-captioned cases are hereby **STAYED** for a period of ninety (90) days to allow Plaintiffs additional time to find new counsel.

/s/ John E. Jones III
John E. Jones III
United States District Judge